UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: APPLICATION FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY REBECCA FORDON

Case No. 20-mc-47

---

Rebecca Fordon has applied for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States.

The court finds that Ms. Fordon, who is associated with an educational institution and conducting a research project that is intended for scholarly research, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Fordon has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, the court **ORDERS** that Ms. Rebecca Fordon shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent that such use is incurred in the course of the research described in her application of November 11, 2020. The court **ORDERS** that Ms. Fordon shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to Ms. Rebecca Fordon and is valid only for the purposes stated above;

2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;

1

3. by accepting this exemption, Ms. Fordon agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Ms. Fordon is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; and

5. this exemption is valid until November 30, 2021

This exemption may be revoked at the discretion of the court at any time.

The court will send a copy of this order to the PACER Service Center.

Dated in Milwaukee, Wisconsin this 4th day of December, 2020.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**